**Order entered May 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01148-CV

**GREENWOOD MOTOR LINES, INC. D/B/A R+L CARRIERS, ET AL., Appellants**

**V.**

**BOBBIE BUSH, Appellee**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-16041-M**

## ORDER

We **GRANT** appellants' May 15, 2015 unopposed second motion for an extension of time to file reply briefs. Appellants shall file their reply briefs by **JUNE 1, 2015**.

/s/    ELIZABETH LANG-MIERS
          JUSTICE